USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/09/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA :
: 
-against- : 22-CR-670 (VEC)
: 
: ORDER
JONATHAN LAUREANO, :
　　　　　　　　　　　　　Defendant. :
: 
-------------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

　　WHEREAS on December 7, 2022, an Indictment was returned against Mr. Laureano; and

　　WHEREAS the Undersigned was notified that Steven Goldman, Mr. Laureano's attorney, wishes to withdraw as counsel, *see* Dkt. 8.

　　IT IS HEREBY ORDERED that Mr. Goldman's motion to withdraw is GRANTED.

　　IT IS FURTHER ORDERED that the Federal Defenders are appointed as counsel to the Defendant.

　　IT IS FURTHER ORDERED that the Defendant will be arraigned on **Wednesday, December 14, 2022 at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

　　The Clerk of Court is respectfully directed to terminate the open motion at docket entry 8.

**SO ORDERED.**

Date: December 9, 2022
　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**