USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
:
UNITED STATES OF AMERICA :
:
-against- :   22-CR-670 (VEC)
:
:   ORDER
JONATHAN LAUREANO, :
                         Defendant. :
:
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 31, 2023, the parties appeared for a status conference.

IT IS HEREBY ORDERED that jury selection and trial will begin on **Monday, March 27, 2023, at 10:00 a.m.** The final pretrial conference ("FPTC") will be held on **March 23, 2023, at 2:30 p.m.** Jury selection, trial and the FPTC will take place in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that the Government's expert disclosure deadline is **February 17, 2023**; Mr. Laureano's expert disclosure deadline is **March 3, 2023**.

IT IS FURTHER ORDERED that pre-trial motions and motions *in limine* (excluding those directed at experts) are due by no later than **February 17, 2023**; response deadlines are **March 3, 2023**. Proposed requests to charge and *voir dire* questions are due by no later than **March 3, 2023**.

IT IS FURTHER ORDERED that motions to exclude experts are due by no later than **March 8, 2023**; responses are due by no later than **March 15, 2023**.

**SO ORDERED.**

**Date: January 31, 2023**
**New York, NY**

                                                 **VALERIE CAPRONI**
                                                 **United States District Judge**