USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA         :
:
    -against-            :  22-CR-670 (VEC)
:
:    ORDER
JONATHAN LAUREANO,          :
          Defendant.  :
:
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

  WHEREAS on February 13, 2023, the parties appeared for a status conference.

  IT IS HEREBY ORDERED that, with thanks of the Court, Mr. Arthus of the Federal Defenders is relieved as counsel.

  IT IS FURTHER ORDERED that Mr. Jesse Siegel is appointed as Mr. Laureano's new counsel.

  IT IS FURTHER ORDERED that all pre-trial deadlines, except for the Government's expert disclosures, are held in abeyance.

  IT IS FURTHER ORDERED that a status conference will be held on **February 21, 2023 at 3:00 p.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

  IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A) between February 13, 2023, and February 21, 2023, as the Court finds that the interests of justice are served to allow Mr. Laureano's new counsel to confer with his client and review discovery, and those interests outweigh the interest of the public and Mr. Laureano in a speedy trial.

**SO ORDERED.**

Date:  February 13, 2023
         New York, NY

_____
**VALERIE CAPRONI
United States District Judge**