USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                        :
                                                :
            -against-                           :           22-CR-670 (VEC)
                                                :
                                                :              ORDER
JONATHAN LAUREANO,                              :
                            Defendant.          :
                                                :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on February 21, 2023, the parties appeared for a status conference.

IT IS HEREBY ORDERED that jury selection and trial will begin on **Monday, May 1, 2023, at 10:00 a.m.** The final pretrial conference ("FPTC") will be held on **April 26, 2023, at 2:30 p.m.** Jury selection, trial, and the FPTC will take place in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

IT IS FURTHER ORDERED that the Defendant's expert disclosure deadline is **March 10, 2023**; Defendant's motion to exclude the Government's expert(s) is due **March 17, 2023**; the Government's response and cross-motion is due **March 24, 2023**; Defendant's reply and any response to the Government's motion is due **March 31, 2023**; the deadline for the Government's reply in support of its motion is **April 7, 2023**.

IT IS FURTHER ORDERED that pre-trial motions and motions *in limine* (excluding those directed at experts) are due by no later than **April 7, 2023**; response deadlines are **April 14, 2023**. Proposed requests to charge and *voir dire* questions are due by no later than **April 14, 2023**.

IT IS FURTHER ORDERED that time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7) (A) between February 21, 2023, and May 1, 2023, as the Court finds that the

interests of justice are served by allowing Mr. Laureano's new counsel to get up to speed and prepare for trial, and those interests outweigh the interest of the public and Mr. Laureano in a speedy trial.

**SO ORDERED.**

Date:  **February 21, 2023**
       **New York, NY**

                                           **VALERIE CAPRONI**
                                           **United States District Judge**