

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 29, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/2023
```

**BY EMAIL**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:    *United States v. Jonathan Laureano*, **22 Cr. 670 (VEC)**

Dear Judge Caproni:

    The Government respectfully submits this letter to move with the defense's consent to exclude time under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*, through May 30, 2023, the date to which the Court recently adjourned trial. *See* Dkt. 33.

    At a conference on February 21, 2023, the Court set a trial date of May 1, 2023, and excluded time through that date under the Speedy Trial Act to give the defendant's then-recently substituted counsel adequate time to prepare for trial. *See* Dkt. 24. On March 28, 2023, the Court granted in part and denied in part the defendant's motion to adjourn the trial, and set a new trial date of May 30, 2023. *See* Dkt. 33.

    Excluding the time between May 1 and May 30 would provide both parties "the reasonable time necessary for effective preparation" for trial, 18 U.S.C. § 3161(h)(7)(B)(iv), outweighing the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

                      Respectfully submitted,

                      DAMIAN WILLIAMS
                      United States Attorney

by: _____
     Justin Horton
     Jeffrey W. Coyle
     Assistant United States Attorneys
     (212) 637-2276

cc:    Jesse M. Siegel, Esq.
        Christopher A. DeGennaro, Esq.

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*   Date: 3/30/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE