USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/14/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
UNITED STATES OF AMERICA            :
                                    :
          -against-                 :          22-CR-670 (VEC)
                                    :
                                    :             ORDER
JONATHAN LAUREANO,                  :
                    Defendant.      :
                                    :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 14, 2023, the parties requested that the Court schedule a change-of-plea hearing;

IT IS HEREBY ORDERED that a change-of-plea hearing will be held on **Friday, April 21, 2023 at 10:00 A.M.** in Courtroom **443** of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007. Pursuant to the Undersigned's rules of criminal practice, at least 48 hours prior to the hearing, the Government must email any plea agreement or cooperation agreement to Chambers.

**SO ORDERED.**

Date: April 14, 2023
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**