USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 04/21/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :        22-CR-670 (VEC)
        -against-                   :
                                    :        ORDER
JONATHAN LAUREANO,                  :
                        Defendant.  :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on April 21, 2023, the parties appeared before the Court for a change-of-plea hearing; and

WHEREAS Mr. Laureano pled guilty to Count 1 of the Indictment;

IT IS HEREBY ORDERED that Mr. Laureano will be sentenced on **Thursday, August 10, 2023 at 10:30 A.M.** Pre-sentencing submissions are due no later than **Thursday, July 27, 2023**. The sentencing will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

Date:  April 21, 2023
       New York, NY

                                               _____
                                               **VALERIE CAPRONI**
                                               **United States District Judge**